NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and Another, Respondents, v. NAZURA D. SALEEBY, Appellant, and Others, Defendants, Consolidated with NAZERA SALEEBY, Plaintiff, v. NASSAU COUNTY TRUST COMPANY, Defendant. NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, Plaintiff, and NASEEMA SALEEBY, Appellant, v. NAZURA D. SALEEBY, Respondent, and Others, Defendants, Consolidated with NAZERA SALEEBY, Plaintiff, Respondent, v. NASSAU COUNTY TRUST COMPANY, Defendant.—Motion for reargument denied, with ten dollars costs. Present — Carswell, Davis, Johnston and Adel, JJ.; Hagarty, J., not voting.

THE RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Respondent, v. LEWIS A. COCKS, Appellant; MINNIE SCROBOGNA, Individually and as Executrix of GEORGE SCROBOGNA, Deceased, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

ELIZABETH TAGG, Respondent, v. FRANK J. SENNER and JOHN TANTILLO, Also Known as GIACOMO TANTILLO, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

VANTON CORPORATION, Appellant, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 797.] The following question is certified: Is each of the affirmative defenses contained in the answer herein insufficient in law to constitute a defense to the cause of action alleged in the amended complaint? Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

MARIE ZAJIC, Respondent, v. SIKORA REALTY CORPORATION, PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Trustee under Trust Agreement Dated March 1, 1927, Appellants, and Others, Defendants.— Motions for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis and Johnston, JJ.; Adel, J., not voting.

ARTHUR S. BARNES, Appellant, v. WALTER BEH, Respondent.— In an action upon contract by plaintiff as the seller to recover from defendant as the purchaser a proportionate part of the taxes paid by plaintiff, judgment dismissing the complaint and order vacating plaintiff's findings and conclusions unanimously affirmed, with costs. The findings and conclusions were signed inadvertently. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.